MARK A. BECKMAN
MBECKMAN@GRSM.COM
DIRECT DIAL: (212) 453-0724



**GORDON&REES**
**SCULLY MANSUKHANI**
**YOUR 50 STATE PARTNER**™

ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004
WWW.GRSM.COM

December 14, 2022

**VIA ECF**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/15/2022

The Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> Re:   *Bryan Velazquez, et al. v. Saks Off 5th, LLC*
>        Case no.: 1:22-cv-06524-ALC-RWL

Dear Judge Carter:

This firm was just retained to represent defendant Saks Off 5th LLC. We have already been in contact with plaintiff's counsel and are optimistic this matter will be resolved shortly.  In the meantime, however, the Court has scheduled a conference for next week, December 21st. We therefore write, pursuant to section 1.D. of the Court's Individual Practices and with plaintiff's consent, to request a 30-day adjournment of the conference.  This is our first request and does not affect other deadlines.  In the event the matter does not resolve in advance of the new conference, we shall file for substitution of counsel.

Accordingly, we respectfully request the Court adjourn the upcoming conference for thirty (30) days from the date of the Court's order, to a date convenient for the Court.

We appreciate the Court's attention to this matter.

Respectfully submitted,

Mark A Beckman

Cc:   All Counsel of Record (*via* ECF)

Request granted.  The initial pre-trial conference will be rescheduled.

SO ORDERED:

12/15/2022

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE