USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/12/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**VELAZQUEZ**, *on behalf of himself and all others similarly situated*,

                    **Plaintiffs**,

                    -against-

SAKS OFF 5TH, LLC,

                    **Defendant.**

22-cv-06524 (ALC)

**Order**

**ANDREW L. CARTER, United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within **sixty days.**

SO ORDERED.

Dated:    January 12, 2023
           New York, New York

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**